UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
IYONNA NEADLE, *Individually* :
*and on Behalf of All Others Similarly Situated*, :
: 23-CV-7108 (JMF)
Plaintiff, :
: ORDER
-v- :
:
:
VERIFY DEBT SOLUTIONS, INC., :
:
Defendant. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On August 31, 2023, Plaintiff filed a First Amended Complaint naming a new Defendant, Verify Debt Solutions, Inc. To date, there is no evidence in the record that Plaintiff has served Verify Debt Solutions, Inc., and Verify Debt Solutions, Inc. has not yet appeared. Accordingly, the initial pretrial conference previously scheduled for October 26, 2023, is ADJOURNED to **December 14, 2023**, at **9:00 a.m.**

The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

SO ORDERED.

Dated: October 16, 2023
New York, New York

_____
JESSE M. FURMAN
United States District Judge